IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,                    No. CIV S-06-1994 WBS DAD P

    vs.

J. BROWN, et al.,

    Defendants.          <u>ORDER</u>

_____/

        By order filed September 12, 2006, plaintiff was required to complete certain documents and return them to the court with six copies of the complaint filed September 6, 2006. On October 12, 2006, plaintiff mailed four copies of his complaint and all other documents required for service of the complaint. Plaintiff seeks relief from the court's September 12, 2006 order on the ground that prison officials refused to provide him with six copies of his complaint.

        Good cause appearing, the court will grant plaintiff's request for relief. Plaintiff is advised that the Clerk cannot, under normal circumstances, make copies of documents for the parties. However, in the interests of justice and to expedite service of plaintiff's complaint, the Clerk has prepared two additional copies of plaintiff's complaint. By separate order, the court will direct the United States Marshal to proceed with service of the complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure.

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's request for relief filed

2 October 19, 2006 (docket # 8) is granted.

3 DATED: October 31, 2006.

                                                /s/ Dale A. Drozd
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:13
wash1994.nts.