IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JESSE WASHINGTON,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. BROWN, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:06-cv-1994 WBS DAD P<br><br>**ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　　On December 28, 2006, Defendant Brewer filed a motion for extension of time to file a responsive pleading for Defendants Brewer, Brown, Kissinger and Madrigal, explaining that counsel had not yet received all documentation necessary to represent these Defendants. Defendant further explained that additional time is necessary to prepare a responsive pleading.

　　　　**FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time, up to and including January 30, 2007, in which to file their responsive pleading.

DATED: January 3, 2007.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/wash1994.eotresp