IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,                  No. CIV S-06-1994 WBS DAD P

  vs.

J. BROWN, et al.,

    Defendants.          <u>ORDER</u>

                              /

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On October 31, 2006, the court ordered the United States Marshal to serve the complaint on five defendants. Service has been effected on four defendants, who filed an answer to the complaint on January 30, 2007. Process directed to defendant J. Cole has been returned by the Marshal unserved. The USM-285 form indicates "CDC Locator - No 'J. Cole'/Coleman? - need more info."

        If plaintiff wishes to proceed with his claims against J. Cole, plaintiff must provide additional information that will enable the Marshal to serve the defendant. Plaintiff shall promptly seek such information through any means available to him. Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint

1

1 was filed, the court may be required to dismiss the plaintiff's claims against that defendant. See

2 Fed. R. Civ. P. 4(m).

3   Accordingly, IT IS HEREBY ORDERED that:

4   1. The Clerk of the Court is directed to send to plaintiff one summons, one USM-

5 285 form with an instruction sheet, and one copy of the complaint filed September 6, 2006.

6   2. Within sixty days after this order is filed, plaintiff shall complete the attached

7 Notice of Submission of Documents and submit all of the following documents to the court, or

8 show good cause why he cannot provide the required information and documents:

9   a. The completed Notice of Submission of Documents;

10   b. A completed USM-285 form for defendant J. Cole;

11   c. Two true and exact copies of the endorsed complaint filed September 6,

12   2006; and

13   d. One completed summons.

14 DATED: January 31, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
wash1944.8e

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JESSE WASHINGTON,
11          Plaintiff,                     No. CIV S-06-1994 WBS DAD P
12      vs.
13  J. BROWN, et al.,                      NOTICE OF SUBMISSION
14          Defendants.                    OF DOCUMENTS
15  _____/
16      Plaintiff hereby submits the following documents in compliance with the court's
17  order filed _____:
18          ____  one completed summons;
19          ____  one completed USM-285 form; and
20          ____  two true and exact copies of the complaint filed September 6, 2006.
21  DATED: _____.
22
23                                         _____
                                           Plaintiff
24
25
26