IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,                    No. CIV S-06-1994 WBS DAD P

    vs.

J. BROWN, et al.,

    Defendants.             ORDER

_____/

      Plaintiff has requested an extension of time with regard to the court's February 5, 2007 discovery order. No deadlines are imposed by the order.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's March 1, 2007 request for an extension of time is denied as unnecessary.

DATED: March 12, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb
wash1994.36den