IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,        No. CIV S-06-1994 WBS DAD P

  vs.

J. BROWN, et al.,

    Defendants.      ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On February 20, 2007, the court ordered the United States Marshal to serve the complaint on defendant Cole. The Marshal was unable to effect service on defendant Cole because of a lack of a forwarding address.

        If plaintiff wishes to proceed with his claims against defendant Cole, plaintiff must provide additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any means available to him.

        Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant. See Fed. R. Civ. P. 4(m).

/////

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The Clerk of the Court is directed to send plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the complaint filed September 6, 2006;

2. Within sixty days from the date of this order, plaintiff shall either complete the attached Notice of Submission of Documents and submit it to the court with the documents listed below, or plaintiff shall show good cause why he cannot provide the required information and documents:

    a. One completed USM-285 form for defendant Cole;

    b. Two copies of the endorsed complaint filed September 6, 2006; and

    c. One completed summons form.

DATED: April 23, 2007.

                                     DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE

DAD:mp
wash1994.8e(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

       Plaintiff,                  No. CIV S-06-1994 WBS DAD P

    vs.

J. BROWN, et al.,               NOTICE OF SUBMISSION

       Defendants.            OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _1_   one completed summons form;

     _1_   one completed USM-285 form; and

     _2_   two true and exact copies of the complaint filed September 6, 2006.

DATED: _____.

                                                                 Plaintiff