IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE WASHINGTON,** | 2:06-cv-1994 WBS DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. BROWN, et al,** | |
| Defendants. | |

On May 15, 2007, Defendants requested a second extension of time to respond to plaintiff's discovery requests. For good cause shown, Defendants are granted an extension of time up to and including May 31, 2007, in which to serve Plaintiff with Defendants' responses to Plaintiff's First Set of Interrogatories, Requests for Discovery, Requests for Admissions, and Requests for Production of Documents.

DATED: May 15, 2007.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/wash1994.dis(2)

1