IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,                    No. CIV S-06-1994 WBS DAD P

    vs.

J. BROWN, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. By order filed September 12, 2006, the court determined that plaintiff's complaint appeared to state cognizable claims for relief against defendant J. Cole.[1] The court ordered plaintiff to provide information for service of process on form USM-285, sufficient copies of the complaint for service, a completed summons, and a notice of compliance. On three separate occasions, plaintiff submitted the necessary documents for service. However, the United States Marshal has been unable to locate defendant Cole because he no longer works for the California Department of Corrections and Rehabilitation ("CDCR"), and CDCR has no forwarding address for him.

---

[1] The court also found that plaintiff's complaint appeared to state cognizable claims for relief against defendants Brown, Madrigal, Kissinger, and Brewer. These defendants have been served in this action and currently have a motion for summary judgment pending before the court.

If plaintiff wishes to proceed with this action against defendant Cole, he must provide additional information that will enable the United States Marshal to serve him. Plaintiff shall promptly seek such information through any means available to him. Failure to provide additional information with regards to defendant Cole's whereabouts in accordance with this order will result in a recommendation that defendant Cole be dismissed from this action. In the alternative, plaintiff may file a request to voluntarily dismiss defendant Cole.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the complaint filed September 5, 2006;

2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the documents listed below:

    a. One completed USM-285 form for defendant Cole;

    b. Two copies of the endorsed complaint filed September 5, 2006; and

    c. One completed summons form.

Failure to do so will result in a recommendation that defendant Cole be dismissed from this action. In the alternative, plaintiff shall file a request to voluntarily dismiss defendant Cole from this action.

DATED: July 8, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
wash1994.8emod

```
 1
 2
 3
 4
 5
 6
 7
 8                       IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JESSE WASHINGTON,
11            Plaintiff,               No. CIV S-06-1994 WBS DAD P
12        vs.
13   J. BROWN, et al.,                 NOTICE OF SUBMISSION
14            Defendants.              OF DOCUMENTS
15   _____/
16            Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18            ____  one completed summons form;
19            ____  one completed USM-285 form; and
20            ____  two true and exact copies of the complaint filed September 5, 2006.
21   DATED: _____.
22
23                                              _____
24                                              Plaintiff
25
26
```