IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

       Plaintiff,                      No. CIV S-06-1994 WBS DAD P

      vs.

J. BROWN, et al.,

       Defendants.             <u>ORDER</u>

_____/

      Plaintiff has filed two requests for a second extension of time to file an opposition to defendants' motion for summary judgment. Good cause appearing, the requests will be granted. However, no further extensions of time will be granted for this purpose.

      IT IS HEREBY ORDERED that:

      1. Plaintiff's September 8, 2008 and October 6, 2008 requests for an extension of time (Doc. Nos. 60 & 61) are granted; and

      2. Plaintiff shall file an opposition to defendants' motion for summary judgment on or before October 31, 2008. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: October 8, 2008.

DAD:9:ak
wash1994.36(2)opp

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE