IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,                      No. CIV S-06-1994 WBS DAD P

    vs.

J. BROWN, et al.,

        Defendants.              <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 21, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed January 21, 2009, are adopted in full;

2. Defendants' June 27, 2008 motion for summary judgment (Doc. No. 48) is granted in part and denied in part as follows:

    a. Defendants' motion for summary judgment on plaintiff's excessive force claim against Brown and Madrigal is denied;

    b. Defendants' motion for summary judgment on plaintiff's inadequate medical care claim against Brown and Madrigal is granted;

    c. Defendants' motion for summary judgment on plaintiff's retaliation claim against Brown, Madrigal, and Kissinger is granted;

    d. Defendants' motion for summary judgment on plaintiff's free exercise claim against Brewer and Kissinger is denied; and

    e. Defendants' motion for summary judgment with respect to their affirmative defense of qualified immunity is denied.

DATED: March 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/wash1994.801