IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,                   No. CIV S-06-1994 WBS DAD P

    vs.

J. BROWN, et al.,

    Defendants.             FINDINGS & RECOMMENDATIONS

_____/

    By an order filed March 25, 2009, this court ordered plaintiff to complete and return to the court, within forty-five days, the USM-285 form necessary to effect service on defendant Mohamed. That forty-five day period has since passed, and plaintiff has not responded in any way to the court's order.

    IT IS HEREBY RECOMMENDED that plaintiff's claims against defendant Mohamed be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

    These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

1 | time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
2 | (9th Cir. 1991).
3 | DATED: May 19, 2009.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
wash1994.fusm