IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

      Plaintiff,                                No. CIV S-06-1994 WBS DAD P

   vs.

J. BROWN, et al.,

      Defendants.                   <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for a protective order.

        In his motion, plaintiff seeks a court order requiring the California Department of Corrections and Rehabilitation, Kern Valley State Prison, California State Prison - Sacramento, and California State Prison - Solano to retrieve and deliver to him three boxes of his legal materials. According to plaintiff, he needs the sought-after boxes of materials to prepare his opposition to defendants' motion for summary judgment.

        Shortly after plaintiff filed his motion for a protective order, he informed the court that he had received his three boxes of legal materials. Plaintiff also filed his opposition to defendants' motion for summary judgment, which this court deemed timely in a previous order. Under these circumstances, the court will deny plaintiff's motion for a protective order as moot.

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a protective
2 order (Doc. No. 113) is denied as moot.
3 DATED: March 5, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

6 DAD:9
wash1994.po