IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,                                 No. CIV S-06-1994 WBS DAD P

    vs.

J. BROWN, et al.,

    Defendants.                          <u>FURTHER SCHEDULING ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On August 25, 2010, the assigned district judge adopted in substance the undersigned's July 12, 2010 findings and recommendations recommending that defendants' motion for summary judgment be granted in part and denied in part. Accordingly, this action will now proceed on plaintiff's (1) excessive force claims against defendants Brown and Madrigal; (2) RLUIPA claims against defendants Kissinger, Mohamed, and Brewer; and (3) free exercise claims against defendants Kissinger, Mohamed, and Brewer.

        Pursuant to the court's scheduling orders filed on July 3, 2008 and on March 25, 2009, discovery and law and motion in this case are now closed. The court will therefore reset the dates for the filing of pretrial statements, pretrial conference, and jury trial in this case. The court will also order each party to notify the court in writing as to whether they wish to schedule

1  the mandatory settlement conference in this action prior to the pretrial conference scheduled
2  below or would instead prefer to have the mandatory settlement conference held following the
3  pretrial conference.
4             In accordance with the above, IT IS HEREBY ORDERED THAT:
5             1. Plaintiff shall file and serve his pretrial statement and any motions necessary to
6  obtain the attendance of witnesses at trial on or before October 15, 2010.  Defendants shall file
7  their pretrial statement on or before October 29, 2010.  The parties are advised that failure to file
8  a pretrial statement may result in the imposition of sanctions, including dismissal of this action.
9             2. Pretrial conference (as described in Local Rule 282) is set in this case for
10 November 5, 2010 before the undersigned magistrate judge.  The pretrial conference shall be
11 conducted on the file only, without appearance by either party.
12            3. This matter is set for jury trial before the Honorable William B. Shubb on
13 January 25, 2011 at 9:00 a.m. in Courtroom 5.
14            4. Within thirty days of the date of this order, each party shall notify the court in
15 writing whether they wish to proceed with the mandatory settlement conference prior to or
16 following the November 5, 2010 pretrial conference scheduled in this case.  Moreover, if the
17 parties wish to proceed with a settlement conference before the undersigned magistrate judge,
18 each party shall return the waiver of disqualification form provided with this order.  If, however,
19 any party does not wish to proceed before the undersigned magistrate judge and would prefer the
20 mandatory settlement conference be before a randomly-assigned settlement judge, they shall state
21 so in their notice to the court.
22            5. The Clerk of Court is directed to send each party the waiver of disqualification
23 form with respect to settlement conferences.
24 /////
25 /////
26 /////

   6.  Plaintiff's August 9, 2010 request for a settlement conference (Doc. No. 120) is denied as having been rendered moot by this order.

DATED: August 30, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
wash1994.41