IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,          No. CIV S-06-1994 WBS DAD P

  vs.

J. BROWN, et al.,

    Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with an action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion for a mandatory settlement conference prior to the date set for pretrial conference in the schedule order filed August 31, 2010. By order filed September 13, 2010, that date was vacated and defendants were granted leave to file a dispositive motion with respect to plaintiff's claim under RLUIPA. Defendants filed their motion on October 11, 2010. Good cause appearing, plaintiff's motion for settlement conference will be denied without prejudice to its renewal, as appropriate, at a later stage of these proceedings.

/////

/////

/////

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that plaintiff's
2  September 20, 2010 motion for a mandatory settlement conference (Doc. No. 127) is denied
3  without prejudice to its renewal, as appropriate, at a later stage of these proceedings.
4  DATED: October 17, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

10  DAD:hg
    wash1994.set

2