IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,                   No. CIV S-06-1994 WBS DAD P

    vs.

J. BROWN, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 11, 2010, defendants filed a motion for judgment on the pleadings. Plaintiff failed to timely file a response to the motion and by order filed November 9, 2010 was directed to file within thirty days either an opposition or a statement of non-opposition to the motion. On November 29, 2010, plaintiff filed a document styled as an "Ex parte Request for Court's Protective Order" in which he contends that he has been without access to his legal materials since October 31, 2010. Good cause appearing, defendants will be directed to respond to plaintiff's November 29, 2010 filing within ten days. The court will set a new deadline for the filing of plaintiff's response to defendants' motion by subsequent order following submission of defendants' response.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within ten days from the date of this order defendants shall file and serve a response to plaintiff's November 29, 2010 filing; and

2. The due date for plaintiff's response to defendants' October 11, 2010 motion for judgment on the pleadings will be set by subsequent court order.

DATED: December 3, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
wash1994.o