IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,               No. 2:06-cv-1994 WBS DAD (PC)

   vs.

J. BROWN, et al.,

        Defendants.        <u>ORDER</u>

                              /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. §1983. On January 5, 2012, plaintiff filed a motion requesting that a settlement conference be scheduled in this action. Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order defendants shall file and serve a response to plaintiff's January 5, 2012 motion.

DATED: January 31, 2012.

                                                    /s/ Dale A. Drozd
                                                    DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE

DAD:12
wash1994.sc