IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,               No. 2:06-cv-1994 WBS DAD (PC)

    vs.

J. BROWN, et al.,

    Defendants.        ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. §1983.  On January 5, 2012, plaintiff filed a motion requesting that a settlement conference be scheduled in this action.  Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order defendants shall file and serve a response to plaintiff's January 5, 2012 motion.

DATED: January 31, 2012.

                                        /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:12
wash1994.sc