IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,                                No. CIV S-06-1994 WBS DAD P

    vs.

J. BROWN, et al.,

    Defendants.                          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 5, 2012, plaintiff filed a motion for a court-ordered settlement conference. By order filed February 1, 2012, defendants were directed to respond to plaintiff's motion. On February 8, 2012, defendants filed an opposition to the motion.

        After review of the record, and good cause appearing, IT IS HEREBY ORDERED that plaintiff's January 5, 2012 motion for a court-ordered settlement conference (Doc. No. 153) is denied.

DATED: February 15, 2012.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
wash1994.o4

1