IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,                    No. 2:06-cv-1994 WBS DAD P

    vs.

J. BROWN, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On October 24, 2012, plaintiff filed a request for amendment of this court's October 15, 2012 order (Docket No. 167) to reflect that this action is also proceeding on plaintiff's free exercise of religion claim against defendant Mohamed. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 24, 2012 request is granted;

/////

/////

/////

/////

/////

1

1         2.  This court's October 15, 2012 order (Docket No. 167) is amended at page 2, line 3, to reflect that defendant Mohamed is also a defendant with respect to plaintiff's First Amendment claim of violation of his right to free exercise of religion.

DATED: November 6, 2012.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
wash06cv1994.o7