UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,        No. 2:06-cv-1994 WBS DAD P

  vs.

J. BROWN, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

    Jesse Washington, inmate # D-23593, a necessary and material witness in proceedings in this case on December 20, 2012, is confined in California State Prison-Corcoran, P.O. Box 3461, Corcoran, CA 96127-0750, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by video-conferencing at High Desert State Prison, December 20, 2012, at 10:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: **Warden, California State Prison-Corcoran, 4001 King Avenue, P.O. Box 8800, Corcoran, CA 93212-8309:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: November 12, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
wash06cv1994.841vc