Kamala D. Harris, State Bar No. 146672
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Supervising Deputy Attorney General
Phillip L. Arthur, State Bar No. 238339
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 322-0032
 Facsimile:  (916) 324-5205
*Attorneys for Defendants Kissinger, Brewer, Brown, Madrigal, and Mohamed*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| **JESSE WASHINGTON**,<br><br>                              Plaintiff,<br><br>v.<br><br>**J. BROWN, et al**,<br><br>                              Defendants. | Case No. 2:06-cv-1994 WBS DAD (PC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Jesse Washington and Defendants Brown and Madrigal have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

/ / /

/ / /

/ / /

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:06-cv-1994 WBS DAD (PC))

| | | |
|---|---|---|
| 1 | Dated: January 18, 2013 | */s/ Jesse Washington* |
| 2 | | Jesse Washington, |
| | | Plaintiff |
| 3 | | |
| 4 | Dated: January 29, 2013 | */s/ Monica N. Anderson* |
| 5 | | Monica N. Anderson |
| | | Supervising Deputy Attorney General |
| 6 | | California Attorney General's Office |
| | | *Attorney for Defendants J. BROWN, et al* |
| 7 | | |

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

Dated: February 14, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
Wash06cv1994.dm

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:06-cv-1994 WBS DAD (PC))