IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,                       No. CIV S-06-1994 WBS DAD P

    vs.

J. BROWN, et al.,

        Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  This action was closed on February 15, 2013 pursuant to stipulation and order of the parties following settlement of the matter at a settlement conference before the undersigned on December 20, 2012.  (See ECF Nos. 176 and 182.)  On April 10, 2013 and May 20, 2013, plaintiff filed documents with the court contending that the settlement monies had not yet been paid to him as agreed.

        Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order counsel for defendants shall inform the court in writing whether the terms of

/////

/////

/////

1

the settlement agreement between the parties, including the payment to plaintiff, have been satisfied and accomplished.

DATED: September 3, 2013.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
wash1994.o6